IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICK O. FRANKLIN, SR., | ) | 1:05-CV-00522-OWW-LJO-P |
| Plaintiff, | ) | |
| vs. | ) | SECOND ORDER TO FILE NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT, OR TO PAY FILING FEE |
| CALIFORNIA CORRECTIONAL INSTITUTION, et al., | ) | |
| Defendants. | ) | |

  Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On May 4, 2005, the court ordered plaintiff to pay the $250.00 filing fee for this action or submit a completed application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a copy of his prison trust account statement. Since then, plaintiff has submitted two deficient applications. The court shall disregard the previous applications and order plaintiff to file a new one.

  Pursuant to the statutory requirements, the court needs a completed application with original signatures by plaintiff and a prison official, and a certified copy of plaintiff's trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915. It is plaintiff's responsibility to follow procedures at the prison to insure that the court receives the required documents. Plaintiff should show a copy of this order to his prison counselor or the accounts department if he does not understand how to proceed.

  In accordance with the above, IT IS HEREBY ORDERED that:

    1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma

pauperis.

2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $250.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:    June 28, 2005**                         **/s/ Lawrence J. O'Neill**
i0d3h8                                              UNITED STATES MAGISTRATE JUDGE