# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK O. FRANKLIN, | CASE NO. 1:05-CV-00522 OWW LJO P |
| Plaintiff, | ORDER DENYING REQUEST |
| v. | (Doc. 11) |
| CALIFORNIA CORRECTIONAL INSTITUTION, et al., | |
| Defendants. / | |

Plaintiff Patrick O. Franklin ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 28, 2005, plaintiff filed a request to place a citizen's complaint and an inmate appeal in defendant Blanton's file. Plaintiff's request for this relief from the court is misplaced. The court does not involve itself in the prison's administrative grievance proceedings. If plaintiff wishes to have grievances placed in defendant Blanton's file, he must pursue his request through appropriate prison channels.

Accordingly, plaintiff's request is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   August 5, 2005**          **/s/ Lawrence J. O'Neill**
i0d3h8                                UNITED STATES MAGISTRATE JUDGE

1