UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK O. FRANKLIN, SR.,<br><br>             Plaintiff,<br><br>vs.<br><br>MTA BLANITON,<br><br>             Defendant.<br>_____/ | 1:05-cv-00522-OWW-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 17)<br><br>**ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED** (Docs. 1 and 16) |

   Plaintiff Patrick O. Franklin, Sr. ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On April 5, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that an objection to the Findings and Recommendations, if any, was to be filed within twenty days.

1

To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a _de novo_ review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 5, 2006, is ADOPTED IN FULL; and,

2. This action is DISMISSED, with prejudice, for plaintiff's failure to obey the court's order of February 27, 2006, and for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

**Dated:    May 24, 2006**                        **/s/ Oliver W. Wanger**
emm0d6                                             UNITED STATES DISTRICT JUDGE